IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C 10-5459 SI |
| Plaintiff, | **ORDER DENYING MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| YOLANDA GONZALEZ, *et al.*, | |
| Defendants. | |

On May 27, 2011, the Court held a hearing on plaintiff's motion for default judgment. Defendant Yolanda Gonzalez appeared at the hearing. As was stated on the record during the hearing, plaintiff's motion is DENIED. The one-year statute of limitations has expired on the federal claims under 47 U.S.C. § 605(e)(3) and/or 47 U.S.C. § 553. Default judgment was not sought on the Copyright Act claims, and the Court declines to exercise supplemental jurisdiction over the California state claims.

The Court directs plaintiff's counsel to contact defendants to discuss the status of this case. The Court informs counsel that defendant Gonzalez speaks Spanish and requires an interpreter. This case is set for a case management conference on **July 29, 2011 at 2:30 pm. If the parties have a conflict with this date, they shall confer with each other to select another date, and then file a request with the Court to reschedule the case management conference**.

Defendants are advised that information about proceeding *pro se* in Federal Court can be sought from the Court's Federal Pro Bono Project at 415-782-9000 x. 8657 or by visiting the Legal Help Center in the Federal Courthouse, 450 Golden Gate Ave., 15th Floor, Room 2796, San Francisco, CA 94102.

**IT IS SO ORDERED.**

Dated: May 27, 2011

SUSAN ILLSTON
United States District Judge